UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

BARRY ALAN BROWN,                                          24-cv-4906 (PKC)

                              Petitioner,

                                                                    ORDER

          vs.

NINA LOUISE BARKHUUS,

                              Respondent.

_____

CASTEL, U.S.D.J.

          The parties have applied to the Court for approval of an Order settling this action

on certain conditions.  The Court is pleased that the parties have reached a consensual resolution.

The proposed Order purports to govern the details of the adjustment to existing custody

arrangements.  There is no sunset provision in the proposed Order, which would remain in full

force, presumably, until the child reached majority.

          But neither the Hague Convention on International Child Abduction (the

"Convention") nor the International Child Abduction Remedies Act, 22 U.S.C. § 9000 et seq.,

vests in this Court general jurisdiction over the terms of child custody.  While a Court may enter

certain interim measures in furtherance of the adjudication of a petition under the Convention,

the provisions are far broader than any party would be entitled to in a final judgment adjudicating

rights under the Convention.  Accordingly, the Court declines to enter the Order as written.

          The Court would entertain an Order obligating the parties to seek certain relief

from courts in Copenhagen, Denmark and the state of New York within a fixed period of short

duration, imposing certain interim measures for a limited time period.  Also, the Court has no

objection to a provision requiring the release of the child's passport.

1

Application (ECF 15) DENIED without prejudice.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated:      New York, New York
            July 17, 2024